UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANTHONY F. WILSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:19-cv-01668-SEB-MJD |
| ) | |
| LAWLESS, ) | |
| PITTS, ) | |
| ) | |
| Defendants. ) | |

## FINAL JUDGMENT

The Court now enters final judgment in favor of all defendants and against the plaintiff.

The plaintiff shall take nothing from his complaint, and this action is **DISMISSED**.

Date: 7/12/2021

_Sarah Evans Barker_

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

ANTHONY F. WILSON
132354
PENDLETON - CF
PENDLETON CORRECTIONAL FACILITY
Electronic Service Participant – Court Only

Benjamin C. Ellis
INDIANA ATTORNEY GENERAL
Benjamin.Ellis@atg.in.gov

Zachary Robert Griffin
INDIANA ATTORNEY GENERAL
zachary.griffin@atg.in.gov

Sarah Jean Shores
INDIANA ATTORNEY GENERAL
sarah.shores@atg.in.gov

Brandon Alan Skates
INDIANA ATTORNEY GENERAL
brandon.skates@atg.in.gov